**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Robert Len Gainey, Appellant.

Appellate Case No. 2018-001396

———————

Appeal From Darlington County
Roger E. Henderson, Circuit Court Judge

———————

Unpublished Opinion No. 2020-UP-081
Submitted February 1, 2020 – Filed March 25, 2020

———————

**APPEAL DISMISSED**

———————

Appellate Defender Lara Mary Caudy, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Deputy Attorney General Donald J. Zelenka, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and GEATHERS, and HEWITT, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.